UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WHITAKER CONSTRUCTION CO., INC., | Case No. 1:22-cv-00336-BLW |
| Plaintiff, | **MEMORANDUM DECISION AND ORDER** |
| v. | |
| THE CINCINNATI INSURANCE COMPANY, | |
| Defendant. | |

**INTRODUCTION**

Before the Court is Plaintiff's, Unopposed Motion for Leave to File First

Amended Complaint (Dkt. 23). For the reasons explained below, the Court will

grant the motion.

**BACKGROUND**

On June 20, 2022, Plaintiff commenced this action in Idaho's Fourth District

Court for Ada County. On August 8, 2022, Defendant removed the action to this

Court. Defendant then filed a Motion to Dismiss or in the Alternative to Transfer

Venue, which this Court denied on February 22, 2023.

Following the denial of Defendant's motion—and before a scheduling order

has been filed establishing a deadline to amend the pleadings—Plaintiff filed a motion seeking leave to amend its complaint. Plaintiff wishes to amend its complaint to assert a separate and alternative cause of action for declaratory judgment relating to coverage under the insurance policy at issue in this case. Defendant does not oppose the motion.

## DISCUSSION

Motions to amend are analyzed under Federal Rule of Civil Procedure 15(a). Rule 15(a) is a liberal standard and leave to amend "shall be freely given when justice so requires." *AmerisourceBergen Corp. v. Dialysist West, Inc.*, 465 F.3d 946 (9th Cir. 2006). When determining whether to grant leave to amend, the Court considers five factors: "(1) bad faith, (2) undue delay, (3) prejudice to the opposing party, (4) futility of amendment; and (5) whether plaintiff has previously amended his complaint." *Allen v. City of Beverly Hills*, 911 F.2d 367, 373 (9th Cir. 1990).

Having considered these factors, the Court will grant leave to amend. Most significantly, Plaintiff seeks to amend its complaint before a deadline has even been set, and Defendant does not oppose the motion. Otherwise, there are no indications of bad faith, undue delay, or prejudice to the opposing party. Accordingly,

## ORDER

**MEMORANDUM DECISION AND ORDER - 2**

**IT IS ORDERED that:**

1.      Plaintiff's Motion for Leave to File First Amended Complaint (Dkt. 23) is **GRANTED**.

2.      Plaintiff is directed to formally file its First Amended Complaint within 7 days of this Order.

DATED: March 21, 2023

_____

B. Lynn Winmill

U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 3**